No. 274. BACKUS PLYWOOD CORP. *v.* COMMERCIAL DECAL, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Sydney Krause* for petitioner. *David Oppenheim* for respondents.

No. 305. WRIGHT CONTRACTING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Scott P. Crampton, Richard S. Doyle, J. Q. Davidson* and *Tom B. Slade* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Baum* and *Norman H. Wolfe* for respondent.

No. 334. WAGNER *v.* FAIRLAMB ET AL. Supreme Court of Colorado. Certiorari denied. *John R. Barry* for petitioner.

No. 339. MURDOCH *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Henry D. O'Connor* for petitioner. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for respondent.

No. 343. ANTHONY P. MILLER, INC., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Paul M. Rhodes* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Morton Hollander* for the United States.